# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KARLA PENA, | Case No. 1:18-cv-05039 |
| Plaintiff, | Judge: Sara L. Ellis |
| v. | Magistrate Judge: Sidney I. Schenkier |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, PORTFLIO RECOVERY ASSOCIATES, LLC ("PRA"), by and through its attorneys David M. Schultz and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for its Unopposed Motion for a 28-Day Extension of Time to answer or otherwise plead to Plaintiff's Complaint, states as follows:

1. This case involves alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. (FDCPA).

2. Defendant was served with the Complaint on July 27, 2018. The responsive pleading is due on August 17, 2018.

3. Defendant recently retained defense counsel who has filed Appearances concurrently with the instant motion. Defense counsel needs additional time to review Plaintiff's claims and prepare an appropriate response to the Complaint.

4. Defendant respectfully requests a (28) twenty-eight day enlargement of time of the pleading deadline, up to and including September 14, 2018.

5. Counsel for the Defendant has contacted the Plaintiff's counsel about the instant motion, seeking a 28-day extension. Plaintiff's counsel does not oppose an enlargement of time up to and including September 14, 2018.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any

party in the litigation. This time is necessary to pursue resolution of this matter, analyze the pleading, and prepare the appropriate response to the Complaint.

WHEREFORE, Defendant, PORTFLIO RECOVERY ASSOCIATES, LLC, respectfully requests that this Court grant it an enlargement of time up to and including September 14, 2018, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Lindsey A.L. Conley*
David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
E-mail: dschultz@hinshawlaw.com
E-mail: lconley@hinshawlaw.com
Attorneys for Defendant

# CERTIFICATE OF SERVICE

   I, Lindsey A.L. Conley, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF PLEADING DEADLINE** upon the following individual(s), by deposit in the U.S. mail box at 151 North Franklin Street, Chicago, Illinois 60606, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on August 17, 2018.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Michael Wood |
| ___ | Federal Express | Celetha Chatman |
| ___ | E-Mail & U.S. Mail | COMMUNITY LAWYERS GROUP, LTD. |
| ___ | Messenger | 73 W. Monroe Street, Suite 514 |
| | | Chicago, IL  60603 |
| | | Phone: (312) 757-1880 |
| | | Fax: (312) 476-1362 |
| | | mwood@communitylawyersgroup.com |
| | | cchatman@communitylawyersgroup.com |

David M. Schultz  
Lindsey A.L. Conley  
HINSHAW & CULBERTSON LLP  
151 North Franklin Street, Suite 2500  
Chicago, IL 60606  
Telephone: 312-704-3000  
Facsimile: 312-704-3001  
dschultz@hinshawlaw.com  
lconley@hinshawlaw.com  

*/s Lindsey A.L. Conley*  
Lindsey A.L. Conley  
One of the Attorneys for Defendant