UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARLA PENA, | ) |
| *Plaintiff*, | ) ) ) |
| | ) Case No. 18-cv-05039 |
| v. | ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) |
| *Defendant*. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: August 21, 2018

                                              Respectfully submitted,

                                              /s/ *Celetha Chatman*
                                              Celetha C. Chatman

Michael Wood
Celetha Chatman
Community Lawyers Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on August 21, 2018 a copy of the foregoing Notice of Service was served upon all parties of record via the court's CM/ECF system.

                                             /s/Celetha C. Chatman
                                             Celetha C. Chatman

Celetha Chatman
Michael Wood
Community Lawyers Group Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 265-3227
cchatman@communitylawyersgroup.com